# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:01-CR-053-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JOHN WALTER COZART, ) | |
| ) | |
| Defendant. ) | |
| and ) | |
| ) | |
| COMMTECH WIRELESS, ) | |
| ) | |
| Garnishee, ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "John W. Cozart Request For Relief From Garnishment" (Document No. 27) filed May 26, 2015 and Plaintiff's "Motion For Dismissal Of Order Of Garnishment" (Document No. 29) filed June 2, 2015. Having carefully considered the motions, the record, and applicable authority, the undersigned will grant the motions.

**IT IS, THEREFORE, ORDERED** that the "John W. Cozart Request For Relief From Garnishment" (Document No. 27) and Plaintiff's "Motion For Dismissal Of Order Of Garnishment" (Document No. 29) are hereby **GRANTED**.

**SO ORDERED**.

Signed: June 4, 2015

David C. Keesler
United States Magistrate Judge